John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com

Attorneys for Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PETERSON,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC. (a wholly owned subsidiary of Encore Capital Group, Inc.); ZIONS FIRST NATIONAL BANK, a Federally Chartered Financial Institution; EQUIFAX INFORMATION SERVICES, LCC; and TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:15-cv-01274-APG-GWF<br><br>**MIDLAND CREDIT MANAGEMENT, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendant Midland Credit Management, Inc. ("Midland") certifies that the following have an interest in the outcome of the case:

1. Midland is not a publicly traded entity.

2. Midland is a wholly owned subsidiary of Encore Capital Group, Inc.

3. Encore Capital Group, Inc. is a publicly traded company on the NASDAQ, and trades under NASDAQ symbol ECPG.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 10th of August, 2015.

                                                       NAYLOR & BRASTER

                                                       By:    /s/ Jennifer L. Braster
                                                                John M. Naylor
                                                                 Nevada Bar No. 5435
                                                                 Jennifer L. Braster
                                                                 Nevada Bar No. 9982
                                                                 1050 Indigo Drive, Suite 112
                                                                 Las Vegas, NV 89145

                                               Attorneys for Midland Credit Management, Inc.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 10th day of August 2015, I caused the document **MIDLAND CREDIT MANAGEMENT, INC.'S CERTIFICATE OF INTERESTED PARTIES** to be served by the Court's CM/ECF System to the following:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 370
Henderson, NV 89123
*Attorney for Plaintiff*

James A. Kohl, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorney for Zions National Bank*

Paul Swenson Prior, Esq.
Bradley T. Austin, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Equifax Information Services LLC*

Darrell D. Dennis, Esq.
Jason G. Revzin, Esq.
LEWIS BRISBOIS BISGAARD &SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Trans Union LLC*

/s/ Amy Reams
An Employee of NAYLOR & BRASTER

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000